## WARREN v. STATE.
### No. 27086.

Court of Criminal Appeals of Texas.

June 26, 1954.

---

No attorney on appeal for appellant.

J. M. Kolander, County Atty., Amarillo, Wesley Dice, State's Atty., Austin, for the State.

WOODLEY, Judge.

The appeal is from a $100 fine for selling whisky in a wet area without a permit.

In the absence of a bond or recognizance on appeal, or a showing that appellant is in jail, we are without jurisdiction of this misdemeanor appeal. Braun v. State, Tex.Cr. App., 257 S.W.2d 708; Alexander v. State, Tex.Cr.App., 269 S.W.2d 682.

The appeal is dismissed.